MOLEK ET AL., APPELLANTS, *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, APPELLEE.

[Cite as *Molek v. State Farm Mut. Auto. Ins. Co.* (1997), 77 Ohio St.3d 392.]

(No. 96–1639—Submitted December 11, 1996—Decided February 5, 1997.)

---

*Joseph L. Coticchia,* for appellants.

*Meyers, Hentemann, Schneider & Rea Co., L.P.A., Henry A. Hentemann* and *J. Michael Creagan,* for appellee.

---

The discretionary appeal is allowed.

The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *Schaefer v. Allstate Ins. Co.* (1996), 76 Ohio St.3d 553, 668 N.E.2d 913.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.